PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Susan Emily Jones  Cr. 16-00174-001
PACTS #: 698181

Name of Sentencing Judicial Officer: HONORABLE STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE
(Middle District of Florida)

Name of Newly Assigned Judicial Officer: HONORABLE KATHERINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE
(Jurisdiction Transferred April 4, 2016)

Date of Original Sentence: 06/18/2013

Original Offense: Wire Fraud

Original Sentence: 24 months imprisonment, 36 months supervised release

Special Conditions: Financial Disclosure, New Debt Restrictions, DNA Testing, $100 Special Assessment, and $824,301.57 in Restitution.

Type of Supervision: Supervised Release     Date Supervision Commenced: May 4, 2015

## STATUS REPORT

Ms. Jones currently resides in Somerset, New Jersey, and she has been employed with Z. Stefanov, DMD, since May 2017. We believe that Ms. Jones has paid the court-ordered restitution to the best of her financial ability. To date, she has paid $126,319.54 towards the restitution balance. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for the collection of any outstanding criminal monetary penalties.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Jones' term of supervision to expire as scheduled on May 3, 2018.

Respectfully submitted,

*Michelle Siedzik*

By: Michelle Siedzik
    U.S. Probation Officer Assistant
Date: 01/09/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time – Supervision to expire on May 3, 2018

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

1/17/18
_____
Date